Entered: August 13th, 2021
Signed: August 13th, 2021
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 16-10792-WIL |
| RENE COOPER | ) Chapter 7 |
| Debtor. | ) |

### ORDER GRANTING MOTION TO ABANDON PROPERTY OF THE ESTATE
(Keys to 810 Faraway Court, Bowie, MD 20721)

This matter came before the Court on the Motion for to Abandon Property of the Estate, which was filed by Janet M. Nesse, Trustee of the Chapter 7 estate of Rene Cooper ("Debtor"). Upon consideration of the Motion, along with any opposition filed thereto, and it appearing that the relief requested is warranted, it is hereby:

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is

**FURTHER ORDERED** that the Trustee is authorized to abandon the real property located at 6006 Ladd Road, Suitland, MD 20746, and such property is deemed abandoned pursuant to 11 U.S.C. § 554; and it is

**FURTHER ORDERED** that the Trustee is authorized to abandon the real property located at 1413 Peartree Lane, Bowie, MD 20721, and such property is deemed abandoned pursuant to 11 U.S.C. § 554.

Copies to:

Office of the U.S. Trustee
6305 Ivy Lane
Greenbelt, MD 20770

Janet M. Nesse
Justin P. Fasano
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770


Rene Cooper
1413 Peartree Lane
Bowie, Maryland 20721

Brett Weiss
The Weiss Law Group, LLC
6404 Ivy Lane, Suite 650
Greenbelt, MD 20770
brett@bankruptcylawmaryland.com

**END OF ORDER**