Entered: April 27th, 2022
Signed: April 26th, 2022
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-10792-LSS |
| RENE COOPER, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER GRANTING MOTION FOR AUTHORITY TO SELL REAL PROPERTY
### (810 Faraway Court, Bowie, MD 20721)

This matter came before the Court on the Trustee's Motion for Authority to Sell Real Property ("Motion") filed by Janet M. Nesse, the Chapter 7 trustee (the "Trustee") Rene Cooper (the "Debtor") in this case. By the Motion, the Trustee seeks authority to sell the property located at 810 Faraway Court, Bowie, MD 20721 for $370,000.00, to Stella Bolle or her assigns (the "Purchaser"), pursuant to a contract of sale attached to the Motion (the "Contract"). The Court finds notice of the Motion to be adequate as given. The Court finds that the sale price as set forth in the Contract is fair and reasonable. The Court has considered the Motion and any objections filed thereto and finds that good cause exists to grant the relief requested. This Court finds that it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Motion be, and the same hereby is, **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED**, that all capitalized terms not otherwise defined shall have the meaning assigned to them in the Motion; and it is

**FURTHER ORDERED**, that the Property may be conveyed by Trustee's Deed signed by the Trustee in Bankruptcy or in such other manner as may be required to pass good and marketable title to the Purchasers; and it is

**FURTHER ORDERED**, that the Trustee is authorized to sell the Property to the Purchaser or her assigns; and it is

**FURTHER ORDERED**, that the Trustee is authorized to pay the ordinary, necessary and reasonable costs of closing, including any real estate taxes and front foot benefits; and it is

**FURTHER ORDERED**, that real estate commissions not to exceed $22,200.00, may be paid to Patricia Frostbutter of Century 21 New Millennium as Realtor at closing without further Order of the Court; and it is

**FURTHER ORDERED**, that the Trustee shall have the authority to execute all documents in connection with the sale on behalf of the estate, including, but not limited to, a deed to convey the entire Property; and it is

**FURTHER ORDERED,** that except as otherwise stated in this order all other proceeds of the sale will be held by the Trustee until further order of this Court; and it is

**FURTHER ORDERED,** that the Trustee is authorized to sell the Property to a substitute purchaser without further notice in the event that the sale to the Purchaser does not close so long as the contract has substantially the same or better terms for the estate; and it is

**FURTHER ORDERED**, that the Trustee is authorized to transfer the Debtor's tenant's $2,000 security deposit to the Purchaser as part of the sale

**FURTHER ORDERED,** that any stay made applicable by Federal Rule of Bankruptcy Procedure 6004(h) is hereby waived and this Order shall be effective immediately.

### END OF ORDER

Copies to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Justin P. Fasano
Janet M. Nesse
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

Rene D. Cooper
1413 Peartree Lane
Bowie, MD 20721

Brett Weiss
The Weiss Law Group, LLC
8843 Greenbelt Road, Suite 299
Greenbelt, MD 20770

DYCKO'NEAL, Inc.
PO Box 601549
Dallas, TX 75360-1549

Commissioners of Prince George's County
Upper Marlboro, MD 20772

U.S. Attorney's Office
36 S. Charles St. 4th Fl.
Baltimore, MD 21201

Maryland Secretary of State
16 Francis St #1
Annapolis, MD 21401

Brian E. Frosh
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202